AO 442 (Rev. 11/11) Arrest Warrant

~~SEALED~~

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>GABRIELA FAVELA NUNEZ<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 17MJ2897 |

**FILED AUG 25 2017**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                   DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GABRIELA FAVELA NUNEZ

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) - Conspiracy to Launder Monetary Instruments

Date: 8-16-17

*Issuing officer's signature*

City and state: San Diego, CA

Nita L. Stormes, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/16/2017, and the person was arrested on *(date)* 08/17/2017
at *(city and state)* Bonita, CA

Date: 08/18/2017

*Arresting officer's signature*

Robert Iovanna, DEA Special Agent
*Printed name and title*