FILED

17 AUG 29 PM 12: 12

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____JDT_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| UNITED STATES OF AMERICA | Case No. **17 CR 2538 BAS** |
|---|---|
| v. | I N D I C T M E N T |
| JAVIER FELIX-BAYARDO (1),<br>GABRIELA FAVELA NUNEZ (2),<br>RIGOBERTO MUNOZ-BANUELOS (3),<br>MARIO NORIEGA-OSUNA (4),<br>MARGARITO RODRIGUEZ-OCHOA (5),<br>MANUEL FELIX-GUTIERREZ (6),<br>HECTOR SANDOVAL-TOLOZA (7),<br>CAMILO AYON-MONDRAGON (8),<br><br>        Defendants. | Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Secs. 1956(a)(1)(B)(i) and 1956(h) - Conspiracy to Launder Monetary Instruments ; Title 18, U.S.C., Sec. 1957(a) - Engaging in Monetary Transaction in Property Derived From Specified Unlawful Activity; Title 31, U.S.C., Sec. 5332 - Bulk Cash Smuggling; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 982(a), Title 31, U.S.C., Sec. 5332(b)(2), and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1: Conspiracy to Distribute Controlled Substances

Beginning on or about January 13, 2014 and continuing to on or about August 17, 2017, within the Southern District of California, defendants JAVIER FELIX-BAYARDO, RIGOBERTO MUNOZ-BANUELOS, MANUEL FELIX-GUTIERREZ, HECTOR SANDOVAL-TOLOZA, and CAMILO AYON-MONDRAGON did

JEHO:nlv:San Diego:8/28/17

knowingly and intentionally combine, conspire, and agree together and with each other, and with other persons known and unknown, to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine and 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, both Schedule II Controlled Substances; and to distribute 100 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

<u>Count 2: Conspiracy to Launder Monetary Instruments</u>

Beginning on or about January 13, 2014 and continuing to on or about August 17, 2017, within the Southern District of California, defendants JAVIER FELIX-BAYARDO, GABRIELA FAVELA NUNEZ, RIGOBERTO MUNOZ-BANUELOS, MARIO NORIEGA-OSUNA, and MARGARITO RODRIGUEZ-OCHOA did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the grand jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

(a) to knowingly conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute cocaine, methamphetamine, and marijuana in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful

activity; in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

### Count 3: Engaging in Monetary Transaction in Property Derived From Specified Unlawful Activity

On or about June 3, 2015, within the Southern District of California, defendant GABRIELA FAVELA NUNEZ did knowingly engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, that is withdrawal of $20,000 in United States currency for a down payment on a 2015 Dodge Durango, such property having been derived from a specified unlawful activity, that is, conspiracy to distribute cocaine, methamphetamine, and marijuana in violation of Title 21, United States Code, Section 846. All in violation of Title 18, United States Code, Section 1957(a).

### Count 4: Bulk Cash Smuggling

On or about April 3, 2017, within the Southern District of California, defendant RIGOBERTO MUNOZ-BANUELOS, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, knowingly concealed more than $10,000 in currency on the person of such individual defendant and in a conveyance, article of luggage, merchandise, and other container, and attempted to transport and transfer such currency from a place within the United States to a place outside of the United States; in violation of Title 31, United States Code, Section 5332(a)(1) and (b).

//
//
//

FORFEITURE ALLEGATIONS

1. As a result of the foregoing offense alleged in Count 1 herein alleged and incorporated by reference for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, defendants JAVIER FELIX-BAYARDO, RIGOBERTO MUNOZ-BANUELOS, MANUEL FELIX-GUTIERREZ, HECTOR SANDOVAL-TOLOZA, and CAMILO AYON-MONDRAGON shall, upon conviction of such offense alleged in Count 1, forfeit to the United States their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1.

In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendants:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to or deposited with a third person;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above-described property.

2. As a result of the foregoing offenses alleged in Counts 2 and 3, herein alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America pursuant to the

4

provisions of Title 18, United States Code, Section 982(a)(1), defendants JAVIER FELIX-BAYARDO, GABRIELA FAVELA NUNEZ, RIGOBERTO MUNOZ-BANUELOS, MARIO NORIEGA-OSUNA, and MARGARITO RODRIGUEZ-OCHOA shall, upon conviction of such offenses alleged in Counts 2 and 3, forfeit to the United States their rights, title and interest in any and all property involved in the offenses, and any property traceable to such property.

In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of said defendants up to the value of the above-described property.

3. As a result of the foregoing offense alleged in Count 4, herein alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 31, United States Code, Section 5332, defendant RIGOBERTO MUNOZ-BANUELOS shall, upon conviction of such offense alleged in Count 4, forfeit to the United States all property, real and personal, involved in the offense, and all property traceable to such property. The property to be forfeited includes, but is not limited to, U.S. currency in the

//

total amount of $101,082 and one 2011 Ford F-150 truck, California License No. 57341W1, VIN 1FTFW1CF3BKD68047.

In the event that any property described above as being subject to forfeiture, as a result of any act or omission by the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to or deposited with a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 31, United States Code, Section 5332(b) and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant's up to the value of the above-described property.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a), Title 31, United States Code, Section 5332(b)(2), and Title 28, United States Code, Section 2461(c).

DATED: August 29, 2017.

A TRUE BILL:

_____
Foreperson

ALANA W. ROBINSON
Acting United States Attorney

By: _____
JARAD E. HODES
Assistant U.S. Attorney