ADAM L. BRAVERMAN
United States Attorney
JARAD E. HODES
Assistant United States Attorney
New York Bar No. 5031158
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7432
E-mail: jarad.hodes@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr2538-BAS |
|---|---|
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| JAVIER FELIX-BAYARDO (1)<br>GABRIELA FAVELA NUNEZ (2)<br>RIGOBERTO MUNOZ-BANUELOS (3)<br>MARIO NORIEGA-OSUNA (4)<br>MARGARITO RODRIGUEZ-OCHOA (5)<br>MANUEL FELIX-GUTIERREZ (6)<br>HECTOR SANDOVAL-TOLOZA (7)<br>CAMILO AYON-MONDRAGON (8), | |
| Defendants. | |

Plaintiff, the United States of America, by and through its counsel, Adam L. Braverman, United States Attorney, and Jarad E. Hodes, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

Through the violations of 21 U.S.C. §§ 841(a)(1) and 846, 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(h), 18 U.S.C. § 1957(a), and 31 U.S.C. § 5332, as alleged in Counts 1-4 of the Indictment, which violations are punishable by imprisonment of more than one year, the United States seeks forfeiture in the Forfeiture Allegations of the following additional properties pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982(a), 31 U.S.C. § 5332(b)(2), and 28 U.S.C. § 2461(c):

1 | Mission Federal Credit Union Account No. xxxx4938
  |     in the amount of $2,079.34
2 | Two (2) 2011 Kawasaki Ultra 300 LX Jet Skis
3 | Trailer for Jet Skis
4 | $4,700.00 U.S. Currency
5 | $4,572.00 U.S. Currency
6 | $16,520.00 U.S. Currency
7 | 1 Lot of 24 Watches
8 | 1 Lot of 27 Women's Purses
9 | 1 Lot of 42 Pairs of Women's Shoes
10 | Miscellaneous Electronic Equipment
11 | 1 Lot of Miscellaneous Jewelry
12 |
13 | DATED:  December 14, 2017.
14 |
15 |                          ADAM L. BRAVERMAN
                              United States Attorney
16 |                          s/ Jarad E. Hodes
                              JARAD E. HODES
                              Assistant U.S. Attorney
17 |                          Attorneys for Plaintiff
                              United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr2538-BAS |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| JAVIER FELIX-BAYARDO (1), et al., | |
| Defendants. | |

IT IS HEREBY CERTIFIED that:

I, Jarad E. Hodes, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2017.

                                            s/ Jarad E. Hodes
                                            JARAD E. HODES