GRETCHEN C. von HELMS, ESQ.
California State Bar No. 156518
105 West "F" Street, Suite 306
San Diego, CA 92101-6036
Telephone:  (619) 239-1199
Fax: (619) 236-8820
gvh@ronisandronis.com

Attorney at for Defendant
Gabriela Favela Nunez

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-02538-BAS-2 |
| Plaintiff, | UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE |
| v. | |
| GABRIELA FAVELA NUNEZ, | |
| Defendant. | |

**IT IS UNOPPOSED** and agreed by and between defendant GABRIELA FAVELA NUNEZ, by and through her attorney Gretchen C. von Helms, and the UNITED STATES OF AMERICA, by and through its counsel, Adam Braverman, United States Attorney, and Jarad Hodes, Assistant United States Attorney, that the conditions of pre-trial release be amended to add mental health counseling.  A signed surety agreement will be filed as well, indicating that they have

Unopposed Motion to Modify Conditions of Pre-trial Release
U.S.A. v. Nunez, Criminal Case No. 17-cr-02538-BAS-2
========================================================

The parties agree to the foregoing:

Dated: March 2, 2018          *s/s Gretchen von Helms*
                              GRETCHEN C. VON HELMS
                              Attorney for Defendant Nunez