ADAM L. BRAVERMAN
United States Attorney
LAWRENCE A. CASPER
Assistant U.S. Attorney
California Bar No. 235110
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-6734

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JAVIER FELIX-BAYARDO (1),<br>GABRIELA FAVELA NUNEZ (2),<br>RIGOBERTO MUNOZ-BANUELOS (3),<br>MARIO NORIEGA-OSUNA (4),<br>MARGARITO RODRIGUEZ-OCHOA (5),<br>MANUEL FELIX-GUTIERREZ (6),<br>HECTOR SANDOVAL-TOLOZA (7),<br>CAMILO AYON-MONDRAGON (8),<br><br>           Defendants. | Case No.: 17CR2538-BAS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

   I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court are authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

None.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

**Jarad E. Hodes**

DATED: September 12, 2018.

        Respectfully submitted,

        ADAM L. BRAVERMAN
        United States Attorney

        */s/ Lawrence A. Casper*
        LAWRENCE A. CASPER
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAVIER FELIX-BAYARDO (1),<br>GABRIELA FAVELA NUNEZ (2),<br>RIGOBERTO MUNOZ-BANUELOS (3),<br>MARIO NORIEGA-OSUNA (4),<br>MARGARITO RODRIGUEZ-OCHOA (5),<br>MANUEL FELIX-GUTIERREZ (6),<br>HECTOR SANDOVAL-TOLOZA (7),<br>CAMILO AYON-MONDRAGON (8),<br><br>  Defendants. | Case No.: 17CR2538-BAS<br><br>**NOTICE OF APPEARANCE** |

IT IS HEREBY CERTIFIED THAT:

I, Lawrence A. Casper, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on all parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2018

/s/ *Lawrence A. Casper*
LAWRENCE A. CASPER
Assistant United States Attorney