# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GABRIELA FAVELA NUNEZ (2),<br><br>   Defendant. | Case No. 17cr2538-BAS<br><br>**PRELIMINARY ORDER OF CRIMINAL FORFEITURE** |

WHEREAS, in the Indictment and Bill of Particulars in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of Defendant GABRIELA FAVELA NUNEZ (2) ("Defendant"), pursuant to, *inter alia*, 18 U.S.C. § 982(a) and 28 U.S.C. § 2461(c), as properties representing proceeds of the violation of 18 U.S.C. §§ 1956 and 1957(a), as charged in the Indictment; and

WHEREAS, on or about August 6, 2018, Defendant pled guilty before this Court to Counts 2 and 3 of the Indictment, which pleas included consents to the forfeiture allegations of the Indictment, including forfeiture of "all property seized in connection with this case, including but not limited to:"

1.   $25,792 in United States Currency

2.   Two 2011 Kawasaki Ultra 300 LX Jet Skis, VINs KAW40637C111 and KAW31797C111

//

3. Trailer for Jet skis

4. 25 wristwatches with estimated value of $31,235

5. 26 women's handbags with estimated value of $27,035

6. 42 pairs of women's shoes with estimated value of $21,996

7. One Vizio 42 inch television, one Vizio 60 inch television, and one Sharp 52 inch television

8. 15 pieces of jewelry with estimated value of $4,384

9. One .223 caliber automatic rifle

10. One .45 caliber revolver

11. Two 9mm semiautomatic pistols

12. One .45 caliber semiautomatic pistol

13. $2,079.34 seized from Mission Federal Credit Union Account No. xxxx4938

14. Cassida Digital Currency Counter (Model #6600 UV/MG)

15. Real property located at 1520 Frank Aved St. #202, Las Vegas, NV 89110, legally described as:

> Assessor's Parcel Number 140-30-115-008

Unit Two Hundred Twenty-One (221) in Building Two (2) of VEGAS STAR CONDOMINIUMS, as shown on map thereof on file in Book 88 of Plats, Page 70, in the Office of the County Recorder, Clark County, Nevada.

Together with an undivided interest in and to the Common Area, Carport and Limited Common Areas as the same is described in the Covenants, Conditions and Restrictions recorded June 16, 1999 in Book 990616 as Instrument No. 2079, of Official Records.

ALSO TOGETHER WITH, a non-exclusive easement for ingress and egress and of enjoyment in, to and over the Common Areas as shown upon the map of said subdivision; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited properties and the offense; and

- 2 -

17cr2538

WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of the above-referenced properties, pursuant to 18 U.S.C. § 982(a), 28 U.S.C. § 2461(c) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced properties which were found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through her attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody and control of the following assets, and all right, title and interest of Defendant GABRIELA FAVELA NUNEZ (2) in the following properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

   1. $25,792 in United States Currency
   2. Two 2011 Kawasaki Ultra 300 LX Jet Skis, VINs KAW40637C111 and KAW31797C111
   3. Trailer for Jet skis
   4. 25 wristwatches with estimated value of $31,235
   5. 26 women's handbags with estimated value of $27,035
   6. 42 pairs of women's shoes with estimated value of $21,996
   7. One Vizio 42 inch television, one Vizio 60 inch television, and one Sharp 52 inch television
   8. 15 pieces of jewelry with estimated value of $4,384
   9. One .223 caliber automatic rifle
   10. One .45 caliber revolver
   11. Two 9mm semiautomatic pistols
   12. One .45 caliber semiautomatic pistol

//

   13. $2,079.34 seized from Mission Federal Credit Union Account No. xxxx4938

   14. Cassida Digital Currency Counter (Model #6600 UV/MG).

  2. The aforementioned forfeited assets are to be held by the United States Internal Revenue Service, U.S. Homeland Security Investigations, and Alcohol, Tobacco, Firearms and Explosives in their secure custody and control.

  3. Item 15, the real property located at 1520 Frank Aved St. #202, Las Vegas, NV 89110, shall be forfeited by the U.S. Internal Revenue Service at the conclusion of the noticing period for any ancillary proceedings.

  4. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

  5. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

//

6. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

7. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the aforementioned assets, in which all interests will be addressed.

9. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

**IT IS SO ORDERED.**

**DATED: November 29, 2018**

Hon. Cynthia Bashant
United States District Judge